Castree *v.* Castree, Appellant.

Submitted December 4, 1973. *William J. McCarthy,*

*III,* and *Coleman and Hyman,* for appellant; *Henry R. Newton,* and *Gross, Herster & Newton,* for appellee.

Judgment affirmed.

SPAULDING, J., absent.